BENJAMIN LOPRESTI v. HERITAGE BANK, N.A.

April 10, 1984.

This matter having been duly considered and the Court having determined that certification was improvidently granted; it is ORDERED that the within appeal be and hereby is dismissed. (See 95 *N.J.* 219)

MARTIN RUSH v. KUHN, SMITH & HARRIS, INC. AND JOHN C. MORRIS.

October 4, 1984.

Petition for certification denied. (See 193 *N.J.Super.* 389)

MARTIN RUSH v. KUHN, SMITH & HARRIS, INC. AND PAUL W. REILLY.

October 4, 1984.

Petition for certification denied. (See 193 *N.J.Super.* 389)

MARTIN RUSH v. KUHN, SMITH & HARRIS, INC.

October 4, 1984.

Petition for certification denied. (See 193 *N.J.Super.* 389)